ANNA K. HATTON, Appellant, v. THOMAS M. HATTON, Respondent.— Order modified as stated in order and as so modified affirmed, with ten dollars costs and disbursements to appellant. No opinion. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

LINCOLN NATIONAL BANK v. McCLINTIC MARSHALL COMPANY.— Motion to dismiss appeal denied, with ten dollars costs. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

GREATER NEW YORK FEATHER COMPANY v. BESSIE STEINBERG and Others. — Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

HARRIS STERNBERG v. SAMUEL FLOERSHEIMER, as President, etc.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

ANTONIO ACIONE v. COMMERCIAL UNION ASSURANCE COMPANY, LTD.— Application granted. Order signed. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

LUCIAN M. ZELL v. G. A. VEECK, INC.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

B. & W. BUILDING COMPANY v. COMMONWEALTH SAVINGS BANK.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

ALBERT J. HIRT v. FRANCIS R. MAYER and Others.— Application granted. Order signed. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

SAMUEL AUERBACH v. MAYER RABINER and Others.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

LEO ANNIS v. CLIFTON PLACE REALTY COMPANY and Others.— Application granted. Order signed. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

ANNIE FAGAN v. ARTHUR J. WARRIN.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

OLIVER S. DYKEMAN v. ERNEST FAHNESTOCK, as Administrator, etc.— Application granted. Order signed. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

M. S. BROWN PRINTING AND BONDING COMPANY v. BENCH AND BAR COMPANY.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

JOSEPH SHAMES v. WILLIAM M. BARRETT, as President, etc.— Application granted. Order signed. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

SAMUEL S. WATSON v. JACOB B. ROSS.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.